IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2020 FEB 12 PM 1: 53
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | INDICTMENT | |
| v. | Case No. 20 CR 017 WMC | |
| MARVIN A. MURILLOS-SELIZ, | 8 U.S.C. § 1326 | |
| Defendant. | | |

THE GRAND JURY CHARGES:

COUNT 1

On or about January 27, 2020, in the Western District of Wisconsin, the defendant,

MARVIN A. MURILLOS-SELIZ,

an alien who had previously been removed, was found in the United States after intentionally reentering the United States, without having previously obtained the express consent of the United States Attorney General or the Secretary of Homeland Security for reapplication for admission in to the United States.

(In violation of Title 8, United States Code, Section 1326).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 02/12/2020

_____
SCOTT C. BLADER
United States Attorney